# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CLENTERIA DRAYTON,

    Plaintiff,

v.                                    4:16cv534–WS/CAS

CITY OF TALLAHASSEE,

    Defendant.

## ORDER OF DISMISSAL

The court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

1. This cause is hereby DISMISSED WITH PREJUDICE.

2. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this   28th   day of   July  , 2017.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE